UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO

| | |
|---|---|
| TERRY BLY, | Civil No. 04-0619-LMB |
| Petitioner, | |
| vs. | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ORDER |
| Respondent. | |

Based on the stipulation of the parties, IT IS HEREBY ORDERED that the above-captioned case be reversed and remanded for further administrative proceedings, including, but not limited to, the following actions: the administrative law judge (ALJ) will obtain all available updated medical records from Petitioner's treating sources and will give Petitioner an opportunity for a supplemental hearing; the ALJ will make specific findings as to the credibility of Petitioner's subjective complaints of pain and the effect of such pain on his ability to function and will state the rationale of which such findings are based; the ALJ will give specific reason for the weight given to the Veterans Affairs report (Tr. 156); the ALJ will further evaluate Petitioner's maximum residual functional capacity, including the effects of Petitioner's obesity, and will provide appropriate rationale with specific references to evidence of record in support of the assessed limitations; the ALJ will make findings of fact with respect to the exertional and mental requirements of any work found to be past relevant work; and if warranted by the expanded record, the ALJ will obtain supplemental vocational expert testimony.

1  This case is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g).

DATED: **June 13, 2005**.



Honorable Larry M. Boyle
Chief U. S. Magistrate Judge